**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-1679

NICOLLE CONYERS,

            Plaintiff - Appellant,

        v.

VIRGINIA HOUSING DEVELOPMENT AUTHORITY,

            Defendant - Appellee,

        and

CHRISTINE CAVANAUGH; MARK MCBRIDE; SUSAN DEWEY,

            Defendants.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. James R. Spencer, Senior District Judge. (3:12-cv-00458-JRS)

Submitted: October 21, 2014            Decided: October 23, 2014

Before SHEDD, DUNCAN, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Nicolle Conyers, Appellant Pro Se. Edward M. Eakin, III, MCGUIREWOODS, LLP, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nicolle Conyers appeals the district court's order denying relief on her "Motion for [Fed. R. Civ. P.] 60(b) to Remedy Fraud on the Court" and a second Rule 60 motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Conyers v. Va. Hous. Dev. Auth., No. 3:12-cv-00458-JRS (E.D. Va. June 24, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED